# Exhibit 3

**UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360**
**U.S. Patent No. 11,850,529**
**Claims 1 and 2**

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
| 1. An indoor zip coaster, comprising: | The 360 Air Coaster is an indoor zip coaster. See below for limitations.<br><br>See https://aircity360.com/attractions/ (explaining that The 360 Air Coaster "is the longest indoor zipline coaster in the USA that will flip-zip-soar through 500 feet of air rail while handing 38 feet above ground"). |
| (a) A zip coaster rail suspended above ground and forming a closed loop; | The 360 Air Coaster includes a zip coaster rail suspended above ground. *See* https://aircity360.com/attractions/ (explaining that The 360 air coaster "is the longest indoor zipline coaster in the USA that will flip-zip-soar through 500 feet of air rail while hanging 38 feet above ground").<br><br>Upon information and belief, the 360 Air Coaster rail forms a closed loop. *See* https://cloud.threshold360.com/locations/8478996-987794278. |
| (b) At least one trolley located on the rail, the trolley being adapted for a rider to be suspended under the trolley, the trolley having wheels structured and arranged to permit the trolley to ride along the rail; | The 360 Air Coaster includes a trolley located on the rail adapted for a rider to be suspended under the trolley, and the trolley having wheels structured and arranged to permit the trolley to ride along the rail. For example, see: |

**UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360**
**U.S. Patent No. 11,850,529**
**Claims 1 and 2**

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
|  | <br>See https://aircity360.com/attractions/.<br><br>As an additional example, see:<br><br>See https://cloud.threshold360.com/locations/8478996-987794278. |

**UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360**
**U.S. Patent No. 11,850,529**
**Claims 1 and 2**

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
| (c) A first station located along the rail at a first height; | The 360 Air Coaster includes a first station located along the rail at a first height. For example, see: <br><br> <br><br> See https://cloud.threshold360.com/locations/8478996-987794278. <br><br> As an additional example, see: <br><br> <br><br> See https://cloud.threshold360.com/locations/8478996-987794278. |

**UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360**
**U.S. Patent No. 11,850,529**
**Claims 1 and 2**

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
| (d) A second station located along the rail at a second height, the second height being different than the first height; | Upon information and belief, The 360 Air Coaster includes a second station located along the rail at a second height, the second height being different than the first height. For example, see:<br><br>*See https://cloud.threshold360.com/locations/8478996-987794278.*<br><br>As an additional example, see: |

**UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360**
**U.S. Patent No. 11,850,529**
**Claims 1 and 2**

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
| |  See http://www.facebook.com/aircity360. As an additional example, see: See http://www.facebook.com/aircity360. |

**UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360**
**U.S. Patent No. 11,850,529**
**Claims 1 and 2**

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
| (e) The rail having plural sections and plural incline and decline portions, the first station containing a first section, the second station containing a second section, the trolley and rail being structured and arranged to permit the trolley and the rider suspended under the trolley to move along the rail from the first section to the second section, the first station containing a first station incline portion and a first station decline portion the first station incline portion and the first station decline portion forming a first station apex, said first station apex configured to permit the trolley to continuously move along the rail through the first station, the second station containing a second station incline portion and a second station decline portion the second station incline portion and second station decline portion forming a second station apex, said second station apex configured to permit the trolley to continuously move along the rail through the second station, with the trolley traversing the respective incline portion of one of the stations before traversing the respective decline portion of the one station; | The 360 Air Coaster includes the rail having plural sections and plural incline and decline portions, the first station containing a first section, the second station containing a second section, the trolley and rail being structured and arranged to permit the trolley and the rider suspended under the trolley to move along the rail from the first section to the second section, the first station containing a first station incline portion and a first station decline portion the first station incline portion and the first station decline portion forming a first station apex, said first station apex configured to permit the trolley to continuously move along the rail through the first station, the second station containing a second station incline portion and a second station decline portion the second station incline portion and second station decline portion forming a second station apex, said second station apex configured to permit the trolley to continuously move along the rail through the second station, with the trolley traversing the respective incline portion of one of the stations before traversing the respective decline portion of the one station. For example, see:<br><br><br><br>See http://www.facebook.com/aircity360. |

**UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360**
**U.S. Patent No. 11,850,529**
**Claims 1 and 2**

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
| | As an additional example, see:<br><br>See http://www.facebook.com/aircity360.<br><br>As an additional example, see:<br><br>See https://cloud.threshold360.com/locations/8478996-987794278. |

UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360
U.S. Patent No. 11,850,529
Claims 1 and 2

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
| (f) Each of the first and second stations containing a ramp for the rider to climb upward while the rider is coupled to the trolley while the trolley rides along the rail, the ramp contained within the first station being different than the ramp contained within the second station, the respective decline portion of rail of a section extending from one of the first and second stations to the other of the first and second stations. | The 360 Air Coaster includes the first and second stations containing a ramp for the rider to climb upward while the rider is coupled to the trolley while the trolley rides along the rail, the ramp contained within the first station being different than the ramp contained within the second station, the respective decline portion of rail of a section extending from one of the first and second stations to the other of the first and second stations.<br><br><br><br>See http://www.facebook.com/aircity360.<br><br>As an additional example, see: |

# UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360
## U.S. Patent No. 11,850,529
### Claims 1 and 2

| Claim 1 | AirCity's "The 360" Air Coaster |
|---|---|
|  |  See http://www.facebook.com/aircity360.  See https://cloud.threshold360.com/locations/8478996-987794278. |

**UATP, IP, LLC v. Ascent Airparks LLC dba AirCity 360**
**U.S. Patent No. 11,850,529**
**Claims 1 and 2**

| Claim 2 | AirCity's "The 360" Air Coaster |
|---|---|
| 2. The indoor zip coaster of claim 1, further comprising a building that contains the zip coaster rail, the building having a ceiling, the ceiling having a height, the incline portion of each of the stations limited in height by the ceiling height. | "The 360" Air Coaster infringes Claim 2 of the '529 Patent for the same reasons that Claim 1 infringes the '529 Patent. See above. |